**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 20-2288**

_____

In re: DAN BRITTON HODGES, JR.,

      Petitioner.

_____

**No. 20-2291**

_____

In re: TRAVIS LAMAR WALL,

      Petitioner.

_____

**No. 20-2293**

_____

In re: LAMARE P. JORDAN,

      Petitioner.

_____

**No. 20-2294**

_____

In re: KUNTA KENTA REDD,

      Petitioner.

_____

On Petitions for a Writ of Mandamus.
(3:17-cr-00037-REP-1; 2:17-cr-00034-RAJ-RJK-1; 7:08-cr-00043-D-1)

Submitted: February 23, 2021                    Decided: February 25, 2021

Before MOTZ, KEENAN, and HARRIS, Circuit Judges.

Petitions denied by unpublished per curiam opinion.

Dan Britton Hodges, Jr., Travis Lamar Wall, Lamare P. Jordan, Kunta Kenta Redd, Petitioners Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dan Britton Hodges, Jr., Travis Lamar Wall, Lamare P. Jordan, and Kunta Kenta Redd have filed petitions for a writ of mandamus, seeking orders from this court directing federal officials to take steps to protect inmates at the Federal Correctional Institution Ashland from COVID-19. We conclude that petitioners are not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Mandamus relief is available only when the petitioner has a clear right to the relief sought. *Murphy-Brown*, 907 F.3d at 795. Mandamus may not be used as a substitute for appeal. *In re Lockheed Martin Corp.*, 503 F.3d 351, 353 (4th Cir. 2007).

The relief sought by petitioners is not available by way of mandamus. Accordingly, we deny the petitions for a writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITIONS DENIED*